Opinion by COLEMAN, J.

---

# Ellington v. The State.

APPEAL from Macon Circuit Court.

Tried before the Hon. JOHN R. TYSON.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. The only question presented on the present appeal was the court's refusal to give two charges requested by the defendant, which the court holds most clearly invaded the province of the jury.

The judgment is affirmed.

Opinion by HEAD, J.